IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:21-CR-00332 |
| | : | |
| v. | : | |
| | : | |
| MELTON MCAUTHOR MONTGOMERY, | : | Judge Jennifer P. Wilson |

## ORDER

  **AND NOW**, on this 26th day of February, 2024, upon notification from the United States Probation Office that Defendant Montgomery is detained on a pending charge in Baltimore, Maryland, and at the request of the Probation Office, **IT IS ORDERED** as follows:

1. The order setting conditions of release entered on February 22, 2024, Doc. 107, is **RESCINDED** because the Defendant was detained on the pending charges in Baltimore, Maryland.

2. This order shall be **LODGED** as a detainer in Defendant's Baltimore, Maryland case.

3. When the court is notified that Defendant Montgomery is released on the Baltimore, Maryland case, the court will consider reinstating the order setting conditions of release.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania